IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JOSE ANGEL GARCIA**,　　　　　　　　　　　　Civil Case No. 09-1285-ST

　　　　　　Petitioner,

　　　　　　　　　　　　　　　　　　　　　　　　ORDER

vs.

**CHUCK SEELEY**,

　　　　　　Defendant.


　　Anthony D. Bornstein
　　Federal Public Defender's Office
　　101 SW Main Street, Suite 1700
　　Portland, Oregon  97204

　　　　Attorney for Petitioner

　　John R. Kroger
　　Attorney General

Page 1 - ORDER

       Jacqueline Kamins
       Assistant Attorney General
       Department of Justice
       1162 Court Street NE
       Salem, Oregon  97310

            Attorneys for Respondent

KING, Judge:

       The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on January 31, 2011.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Decisions on dispositive issues under 28 U.S.C. § 636(b)(1)(B) are reviewed de novo. <u>United States v. Raddatz</u>, 447 U.S. 667, 673 (1980); <u>Bhan v. NME Hospitals, Inc.</u>, 929 F.2d 1404, 1414 (9th Cir. 1991). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report.  28 U.S.C. § 636(b)(1)(C);  <u>United States v. Remsing</u>, 874 F.2d 614 (9th Cir. 1989).

       Petitioner objects to the Magistrate Judge's recommendation that his Amended Petition for Writ of Habeas Corpus be dismissed with prejudice.

///

///

Page 2 - ORDER

I have considered Petitioner's objections and given the Findings and Recommendation de novo review. I ADOPT the Magistrate Judge's Findings and Recommendations (doc. # 33). The Amended Petition for Writ of Habeas Corpus (doc. # 25) is DENIED and this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated this         29th         day of March, 2011.

                                          /s/ Garr M. King
                                        Garr M. King
                                        United States District Judge